THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. HARRY W. COWAN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 12, 1927; decided January 27, 1927.)

APPEAL from a judgment of the Kings County Court, rendered March 23, 1926, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Lawrence J. McGoldrick* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ.   Absent: KELLOGG, J.